# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH023
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $44,403.00 | 8/19/2024 | 27874 | 7/3/2024 | $44,403.00 |
| | | $18,448.50 | 8/21/2024 | 27907 | 7/31/2024 | $18,448.50 |
| | | $75,000.00 | 10/23/2024 | 27868 | 10/23/2024 | $75,000.00 |
| **Total Transfers** | **3** | **$137,851.50** | | | | **$137,851.50** |